UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

WILFRED CAMACHO,                     )

                         )

           Plaintiff,        )

                         )    **JUDGMENT IN A CIVIL CASE**

   v.                  )

                         )    **CASE NO. 4:17-CV-68-D**

NANCY A. BERRYHILL, Acting Commissioner  )
of Social Security,               )

              Defendant.    )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 20]. Plaintiff's motion for judgment on the pleadings [D.E. 13] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 16] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on April 19, 2018, and Copies To:**

| | |
|---|---|
| Charlotte Williams Hall | (via CM/ECF electronic notification) |
| Mark J. Goldenberg | (via CM/ECF electronic notification) |

DATE:                     PETER A. MOORE, JR., CLERK
April 19, 2018        (By)  /s/ Nicole Briggeman
                          Deputy Clerk