IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:17-cv-68-D

| | |
|---|---|
| WILFRED CAMACHO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **CONSENT ORDER** |
| NANCY BERRYHILL, ) | |
| Acting Commissioner of Social ) | |
| Security, ) | |
| ) | |
| Defendant. ) | |

This action being submitted to the Court for entry of a Consent Order agreed to by the parties and it appearing that Plaintiff, by and through his attorney, has executed this Consent Order and Defendant has executed this Consent Order, by and through the undersigned Assistant United States Attorney; and it appearing that the parties have agreed that the Commissioner of Social Security should pay the sum of $4,920.00 for attorney fees arising under the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412(d). It also appearing that the Treasury Judgment Fund ("TJF") should reimburse Plaintiff's counsel the $400.00 filing fee.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff the sum of $4,920.00 and that the TJF pay to Plaintiff's counsel $400.00, both sent to Plaintiff's counsel's office address, in full satisfaction of any and all claims arising under EAJA, 28 U.S.C. § 2412(d), and upon the payment of such sums this case is dismissed with prejudice.

SO ORDERED. This **8** day of May 2018.

JAMES C. DEVER III
Chief United States District Judge